DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COLVIN BEST,**
Appellant,

v.

**EAGLE HOME MORTGAGE, LLC.,**
Appellee.

No. 4D18-1288

[February 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Judge; L.T. Case No. 16-9603 CACE.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellant.

Laura H. Howard of The Solomon Law Group, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***